IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LeROY WILLIAMS,<br><br>　　　　Plaintiff,<br><br>vs<br><br>ARNOLD SCHWARZENEGGER.,<br>et al.,<br><br>　　　　Defendants.<br>_____/ | CIV F 05 0446 AWI DLB P<br><br><br><br><u>ORDER TRANSFERRING CASE</u> |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

　　　　In his complaint, plaintiff alleges violations of his civil rights by defendants. The alleged violations took place in Sacramento County and Solano County which are both part of the Sacramento Division of the United States District Court for the Eastern District of California. In addition to the named defendants, plaintiff lists Doctors #1 through 7 to be named at a later time. There is a possibility that Doctors #6 and 7 may be found in this division, however, the majority

1

of the defendants reside in the Sacramento Division.  It is clear that the center of gravity of this case is in the Sacramento Division, and that any relationship with this division is minimal.  For that reason, the case will be transferred to the Sacramento Division.  Pursuant to Local Rule 3-120(b), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court.   All future pleadings shall reference the new case number and be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

Good cause appearing: IT IS HEREBY ORDERED that this action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento.

IT IS SO ORDERED.

**Dated:   April 27, 2005**          **/s/ Dennis L. Beck**
3c0hj8                                       UNITED STATES MAGISTRATE JUDGE